**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CRICETT D. MILBURN,** ) | NO. EDCV 04-00339-MAN |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, this case is remanded for an award of benefits to Plaintiff consistent with the provisions of the Memorandum Opinion and Order, and judgment is entered in favor of Plaintiff.

DATED: March 29, 2006.

                                    /s/
                              MARGARET A. NAGLE
                    UNITED STATES MAGISTRATE JUDGE